RECEIVED
AUG 1 0 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RODNEY GUILLOTTE, SR.,<br>Plaintiff | CIVIL ACTION NO. 17-CV-00629 |
| VERSUS | JUDGE DRELL |
| CITY OF PINEVILLE, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

CONSOLIDATED WITH

| | |
|---|---|
| RODNEY GUILLOTTE, JR.,<br>Plaintiff | CIVIL ACTION NO. 17-CV-00631 |
| VERSUS | JUDGE DRELL |
| CITY OF PINEVILLE, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that that Rodney Guillotte, Jr.'s Complaint, Civil Action No. 1:17-CV-0631,[1] is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

---

[1] Civil Action No. 1:17-CV-0629, Rodney Guillotte, Sr. v. City of Pineville, *et al.*, was previously dismissed with prejudice, reserving Rodney Guillotte, Jr.'s rights to proceed against defendants in Civil Action No. 1:17-CV-0631. (Doc. 15).

IT IS FURTHER ORDERED that Defendants' Motion to Strike and/or Dismiss (Doc. 16) is DENIED as moot.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 10th day of August, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT